| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　　Defendant. | No. 1:22-cv-00182-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 10) |

　　　　Plaintiff Jesus Ramirez is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 15, 2022, the assigned magistrate judge issued an order directing Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $402.00 filing fee to proceed with this action.  (Doc. 7.)  Plaintiff was warned that failure to comply with the court's order would result in dismissal of this action.  (*Id.*)  Plaintiff did respond to the Court's order or otherwise communicate with the Court.

　　　　Therefore, on April 18, 2022, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a court order and failure to prosecute this action.  (Doc. 10.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days

1

after service. (*Id.* at 3.) No objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on April 18, 2022, (Doc. 10), are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 15, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2